706

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SHAFTY F. PORTER, Appellant.— Motion by appellant for leave to appeal to the Court of Appeals from an order of this court entered February 23, 1960, denying his motion for reconsideration of his motion for leave to appeal as a poor person, for assignment of counsel and other relief. Motion denied. This court does not have jurisdiction to entertain the motion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM R. RYDER, JR., Appellant.— Motion for leave to appeal as a poor person and for assignment of counsel on an appeal from an order denying defendant's motion for credit for time served, denied on the ground that the order is not appealable. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM SERRANO, Appellant.— Motion for leave to appeal as a poor person, will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the October 1960 Term; appeal ordered to be placed on the calendar for October 10, 1960. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CORNELIUS THOMAS, Appellant.— Motion for leave to appeal as a poor person, will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the November 1960 Term; appeal ordered to be placed on the calendar for November 7, 1960. Edward Margolin, Esq., 1510 Jericho Turnpike, New Hyde Park, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM GLENNON, Appellant, against EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Motion for leave to appeal as poor person and for assignment of counsel on appeal from order dismissing petition for writ of habeas corpus. Motion denied. An examination of the papers submitted on this motion discloses that there is no merit in the appeal. It also appears that on a similar motion upon another appeal from another similar order, the Appellate Division, Fourth Department, likewise found a lack of merit in the appeal (*People ex rel. Glennon* v. *Murphy*, 6 A D 2d 1023). On both motions, appellant urged the same grounds. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ NEAL SHOOPAK, Appellant, v. UNITED STATES RUBBER COMPANY, Respondent, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ LINDA SMITH, an Infant, by THOMAS J. SMITH, Her Guardian ad Litem, et al., Respondents, v. HEARST CONSOLIDATED PUBLICATIONS, INC., et al., Appellants.— Pursuant to stipulation, motion to dismiss appeal granted unless appellants perfect the appeal for the October 1960 Term, beginning October 3, 1960. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.